MAGISTRATE JUDGE
SNOW

CIV-ZLOCH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **08-60062** |
| Plaintiff, | ) | |
| v. | ) | Case No. ____________ |
| DAVID MORROW, and ILANA MORROW, | ) | |
| Defendants. | ) | |

FILED by INTAKE ______ D.C.
JAN 16 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

**COMPLAINT**

The United States of America, by and through R. Alexander Acosta, United States Attorney for the Southern District of Florida, complains and alleges as follows.

**General Allegations**

1. The United States brings this civil action to reduce to judgment unpaid federal tax liabilities duly assessed against defendant David Morrow in 1994 and 1995.

2. Through this action, the United States also seeks to foreclose tax liens on real property belonging to David Morrow that arose as a result of the tax assessments described in this complaint.

3. The United States brings this action pursuant to 26 U.S.C. §§ 7401 and 7403 at the direction of the Attorney General of the United States and with the authorization and at the request of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States.

4. This Court has jurisdiction over this action pursuant to 26 U.S.C. § 7402 and 28 U.S.C.

§§ 1340 and 1345.

5. Venue properly lies in this district pursuant to 28 U.S.C. §§ 1391 and 1396 because the subject property is situated and the taxpayer resides in this judicial district.

6. David Morrow resides in Broward County, Florida, within this Court's jurisdiction.

7. Defendant Ilana Morrow may claim an interest in the subject property because she owns it with David Morrow as Tenants by the Entirety. Ilana Morrow resides in Miami-Dade County, Florida, within this Court's jurisdiction.

**Count I: Complaint To Reduce Tax Assessments to Judgment**

8. The United States incorporates paragraphs 1 through 7 as if fully set forth herein.

9. David Morrow's tax liabilities arise from his failure to pay employment taxes associated with two companies: EDJ Enterprises Inc. and Alumni Plumbing & Heating Corp., neither of which are still in operation. As a person responsible for collecting, truthfully accounting for, and paying over the employment taxes paid by these companies' employees, Mr. Morrow is liable for trust fund recovery penalties the IRS assessed against him for willfully failing to pay those employment taxes for EDJ Enterprises Inc. for the fourth quarter of 1993, and for Alumni Plumbing & Heating Corp. for the first quarter of 1994.

10. Mr. Morrow's assessed trust fund recovery penalties, and accrued interest and penalties as of December 31, 2007, arising from the willful failure of this duty to collect, truthfully account for, and willful failure to pay over the employment taxes of EDJ Enterprises Inc. and Alumni Plumbing & Heating Corp. are set forth in the following table:

| Tax Period | Assessment Date | Originally Assessed Amount | Unpaid Assessed Balance | Accrued Interest and Penalties as of 12/31/07 | Total Unpaid Liability |
|---|---|---|---|---|---|
| 4th Quarter 1993 | 7/24/1995 | $320,281.91 | $304,679.82 | $461,272.14 | $765,951.96 |
| 1st Quarter 1994 | 10/31/1994 | $216,036.38 | $66,476.87 | $310,976.63 | $377,453.50 |
| | | | | **Total** | **$1,152,524.56** |

11. The United States gave notice of each assessment and made demands for payment thereof on Mr. Morrow.

12. Despite receiving notices of the assessments and demands for payment, Mr. Morrow failed to pay the tax liabilities described in paragraph 10. He owes the United States a sum of $1,152,524.56, plus further interest and statutory additions thereon as allowed by law from December 31, 2007 to the date of payment.

**Count II: Complaint to Foreclose Tax Liens on the Real Property of Defendant David Morrow**

13. The United States incorporates paragraphs 1 through 12 as if fully set forth herein.

14. The real property on which the United States seeks to foreclose ("subject property") is located at 10837 Charleston Place, Cooper City, Florida, 33026. It is more fully described as:

> Lot A52 of EMBASSY LAKES PHASE II, according to the Plat Thereof, as recorded in Plat Book 141, at Page 4, of the Public Records of Broward County, Florida.

15. The defendants acquired the property together as Tenants by the Entirety on or about April 26, 1993.

16. On the date of the assessments described in paragraph 10, liens arose in favor of the United States and attached to all property and rights to property, whether real or personal, belonging to David Morrow pursuant to 26 U.S.C. § 6321.

17. The United States filed Notices of Federal Tax Liens for the liabilities described in paragraph 10 in the Broward County Courthouse on March 1, 2006.

WHEREFORE, the United States requests that the Court:

A. Enter judgment against David Morrow and in favor of the United States for unpaid trust fund recovery penalties in the amount of $1,152,524.56, plus further interest and statutory additions thereon as allowed by law less any payments or credits toward that amount;

B. Adjudge and decree that, by virtue of the assessments identified and described above, the United States has valid and subsisting statutory liens that attach to all property and rights to property belonging to David Morrow, including the subject property;

C. Order that the federal tax liens described above be foreclosed on the subject property and that the same be sold according to law, free and clear of the liens and claims of the parties herein, and that the proceeds from that sale be distributed in accordance with the Court's findings concerning the validity and priority of the parties' interests in the subject property, with the distributions to the United States after reimbursement for any costs of the sale being applied to David Morrow's unpaid tax liabilities set forth in this complaint; and

D. Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.

Dated: January 15, 2008

Respectfully submitted,

R. ALEXANDER ACOSTA
United States Attorney

DAVID ZISSERSON
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 14198
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-5880

MAGISTRATE JUDGE
SNOW

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
United States of America

CIV-ZLOCH

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David Zisserson, Trial Attorney, U.S. Department of Justice, Tax Division
P.O. Box 14198, Washington, DC 20044 (202) 514-6479

**DEFENDANTS**
David Morrow and Ilana Morrow

County of Residence of First Listed Defendant: Broward County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

08-60062

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

Broward 0:08cv 60062 WJZ-LSS

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☒ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

FILED by [signature] D.C.
INTAKE
JAN 16 2008
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. §§7401, 7402, 7403
Brief description of cause:
Complaint to reduce tax assessments to judgment

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 1,152,524.56
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE 1/15/08
SIGNATURE OF ATTORNEY OF RECORD [signature: David Zisserson]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT WAIVED APPLYING IFP JUDGE MAG. JUDGE